```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF FLORIDA
                       TALLAHASSEE DIVISION
```

TOMCAT FILMS, LLC,

    Plaintiff,

v.                                          Case No. 4:12-cv-261-WS/CAS

DOES 1 – XXX,

    Defendants.

_____/

**PLAINTIFF'S CORRECTED CORPORATE DISCLOSURE STATEMENT**

    Plaintiff, Tomcat Films, LLC ("Tomcat"), pursuant to Fed. R. Civ. P. 7.1 and the Court's Order dated August 28, 2012, provides its corporate disclosure statement. Tomcat has no parent corporation and no publicly held corporation owns 10% or more of the company.

                                        Respectfully submitted,

                                          AUSLEY & McMULLEN

                                          /s/Martin B. Sipple_____
                                            Martin B. Sipple
                                            Fla. Bar No. 0135399
                                            123 South Calhoun Street
                                            P.O. Box 391 (zip 32302)
                                            Tallahassee, Florida 32301
                                            (850) 224-9115 – telephone
                                            (850) 222-7560 – facsimile

                                          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on all attorneys of record via the Court's ECF system the 14th day of September 2012.

                                      /s/Martin B. Sipple
                                      Attorney